

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2014

No. 04-13-00881-CV

Jose **SANCHEZ** and Jeanne Sanchez,
Appellants

v.

**WALTER MORTGAGE COMPANY LLC,**
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 10-03-48878-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Appellant's request for a ten-day extension of time to pay the filing fee for this appeal is GRANTED. The filing fee is due no later than **January 28, 2014.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court